**BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
Tina L. Naicker, California Bar No. 252766
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: daniel.rockey@bryancave.com
naickert@bryancave.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P. MORGAN CHASE BANK, N.A., a/k/a CHASE MORTGAGE SERVICES, INC.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BENFORD,<br><br>Plaintiff,<br><br>vs.<br><br>J.P. MORGAN CHASE BANK, N.A., a/k/a CHASE MORTGAGE SERVICES, INC. and DOES 1 – 10<br><br>Defendants. | Case No. 13 3145<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1.**<br><br>(Alameda County Superior Court Case No. HG12658757)<br><br>**[FEDERAL QUESTION JURISDICTION]**<br><br>Complaint Filed: December 6, 2012<br>Trial Date: Not Assigned |

*FILED JUL -9 P 1:13*

*EDL*

TO PRO SE PLAINTIFF MARCUS BENFORD, AND THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendant JPMORGAN CHASE BANK, N.A. (erroneously sued as J.P. MORGAN CHASE BANK, N.A., a/k/a CHASE MORTGAGE SERVICES, INC.) ("Chase" or "Defendant") certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

1. Plaintiff Marcus Benford is a party to this action.

2. Defendant JPMorgan Chase Bank, N.A., a party to this action, is a wholly owned subsidiary of JPMorgan & Chase Co., a publicly traded corporation. No publicly held corporation owns ten percent (10%) or more of JPMorgan Chase & Co.'s stock.

Dated: July 9, 2013

Respectfully submitted,

BRYAN CAVE LLP
Daniel T. Rockey
Tina L. Naicker

By: *Tina Naicker /TSL*
Tina L. Naicker
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

SF01DOCS\148989.1