UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS BENFORD,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>J.P. MORGAN CHASE BANK, N.A. A/K/A CHASE MORTGAGE SERVICES, INC.,<br><br>　　　　Defendant. | Case No.: 13-CV-3145 YGR<br><br>ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

On July 16, 2013, Defendant J.P. Morgan Chase Bank, N.A. filed a motion to dismiss this lawsuit. Dkt. No. 6. If the Court grants that motion and dismisses this lawsuit, the lawsuit will be over and the Plaintiff, Mr. Benford, will have lost.

The hearing on the motion was originally scheduled for September 17, 2013, before Magistrate Judge Laporte in San Francisco. The case was then transferred to the undersigned judge. The hearing is now scheduled for **September 17, 2013, at 2:00 p.m. in Courtroom 5 at the Federal Courthouse, 1301 Clay Street, Oakland, California.**

Under this Court's Civil Local Rule 7-3(a), Mr. Benford was required to file either a brief opposing the motion to dismiss his lawsuit, or a notice that he does not oppose dismissal.[1] Mr. Benford's papers were due on July 29, 2013. As of the date of this Order, Mr. Benford has not filed anything. As a result, the Court is considering dismissing his lawsuit for "failure to prosecute," that is, a failure to meet deadlines and keep the lawsuit moving forward.

The Court hereby extends Mr. Benford's time to file his papers. **Mr. Benford shall file an opposition to the Motion to Dismiss no later than August 15, 2013. Failure to file an opposition**

---

[1] The Court's Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil

1 **by that date will result in dismissal of this lawsuit for failure to prosecute.** Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

The Court further notes that Mr. Benford may seek assistance at the Court's Legal Help Center. The Legal Help Center may assist persons who do not have lawyers if they make an appointment. The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED.**

Dated: July 31, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**