**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MARCUS BENFORD,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**J.P. MORGAN CHASE BANK, N.A.** A/K/A **CHASE MORTGAGE SERVICES, INC.,**<br><br>    **Defendant.** | Case No.: 13-CV-3145 YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |

On August 1, 2013, the Court warned Plaintiff Marcus Benford that he had failed to oppose a motion to dismiss this lawsuit and that, unless he filed an opposition to the motion by August 15, 2013, the Court would dismiss the lawsuit for failure to prosecute. Dkt. No. 14.

As of the date of this Order, Mr. Benford has not filed an opposition.

Pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

The hearing date of September 17, 2013, is **VACATED**.

**IT IS SO ORDERED.**

Date: August 20, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**